IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:22-cr-102 |
| | ) | |
| v. | ) | SENTENCING MEMORANDUM |
| | ) | |
| BENJI CLARK ENGESSER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The government, by and through the undersigned Assistant United States Attorney, files this sentencing memorandum in anticipation of the sentencing hearing currently set for February 1, 2024, at 11:00 a.m.

## TABLE OF CONTENTS

I.   **BACKGROUND** .......................................................................................1

II.  **SENTENCING CALCULATION** ...........................................................2

III. **GOVERNMENT'S RECOMMENDATION**………………..…………. 3

### I. BACKGROUND

On November 9, 2022, a two-count Indictment was filed charging Benji Clark Engesser, Jr. (Defendant) with Distribution and Receipt of Child Pornography, on or between March 12, 2022, and July 27, 2022 (Count One), in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); and Possession of Child Pornography, on or about August 4, 2022 (Count Two), in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2). A Notice of Forfeiture was also filed, pursuant to 18 U.S.C. § 2253. (Final Presentence Investigation Report, hereinafter "PSR," ECF 74, ¶ 1-2.)

On October 17, 2023, Defendant pled guilty to Count One of the two-count Indictment. On October 31, 2023, the Court accepted Defendant's plea and adjudicated him guilty. (PSR, ECF 74, ¶ 3.)

Defendant initially had objections to the PSR, however, after an objection meeting, those were resolved. The PSR was then amended and added a cross-reference to which Defendant indicates there will be no objection. Therefore, there are no contested sentencing issues to be resolved by the Court.

## II.     SENTENCING CALCULATION

In the presentence report paragraphs 30-44 and 109, Defendant's guideline range was calculated as follows:

| | |
|---|---|
| Base Offense Level<br>USSG §2G2.1(a) | 32 |
| Minor Between 12 and 16<br>USSG §2G2.1(b)(1)(B) | +2 |
| Commission of a Sexual Act/Contact<br>USSG §2G2.1(b)(2)(A) | +2 |
| Knowing Engaging in Distribution<br>USSG §2G2.1(b)(3) | +2 |
| Use of a Computer<br>USSG §2G2.1(b)(6)(B)(ii) | +2 |
| Acceptance of Responsibility<br>USSG §3E1.1(a), (b) | -3 |
| Total Offense Level | 37 |
| Criminal History Category | I |

      Guideline Sentencing Range:                    210 to 240 Months

## III.  **GOVERNMENT'S RECOMMENDATION**

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2). The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of Defendant. 18 U.S.C. § 3553(a)(1). The sentence must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

The government will ask the District Court to find a final advisory guideline range of Level 37/Criminal History category I – 210 to 240 months. Per the plea agreement, we will be asking for the low end of the advisory guideline range. However, the government acknowledges that there are certainly mitigating factors in this case that may warrant a downward variance.

This is a case where Defendant sought out a victim on Snapchat, found this victim and began conversing with her. Within a short period of time, Defendant began asking for nude pictures of her and meeting her in person to have sexual contact. The victim was 13 years old, and Defendant was 23 years old. The letters provided by the

victim and her family members lay out the harm that was caused to the victim and her family based on the actions of Defendant.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining the final sentence of Defendant.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Melisa Zaehringer*
    Melisa K. Zaehringer
    Assistant United States Attorney
    U.S. Courthouse
    131 E. Fourth Street, Suite 310
    Davenport, Iowa 52801
    Tel: (563) 449-5432
    Fax: (563) 449-5433
    Email: melisa.zaehringer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on Friday, January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by: __X__ ECF/Electronic filing

UNITED STATES ATTORNEY

By: */s/ Jeremy Smock*
    Paralegal Specialist